**Richard HAKA, Plaintiff—Appellant,**

**v.**

**MECKLENBURG COUNTY, Defendant—Appellee.**

No. 12–1619.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Richard Haka, Appellant Pro Se.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Haka appeals the district court's order dismissing without prejudice his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Haka v. Mecklenburg Cnty.*, No. 3:12–cv–00100–FDW–DSC (W.D.N.C. May 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*